```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                          Case No. 14-02184-JJT
Colleen Marie Schwenger                                         Chapter 13
Daniel Harvey Schwenger
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-5        User: CGambini            Page 1 of 1        Date Rcvd: Dec 19, 2018
                            Form ID: trc              Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4533712        +E-mail/Text: ECMBKMail@Caliberhomeloans.com Dec 19 2018 19:12:20
                LSF8 Master Participation Trust,   c/o Caliber Home Loans, Inc.,   13801 Wireless Way,
                Oklahoma City, Oklahoma 73134-2500
                                                                                                TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2018 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    LSF8 Master Participation Trust
               ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
              Alexandra Teresa Garcia    on behalf of Creditor    U.S. Bank Trust, N.A. ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    Goldman Sachs Mortgage Company bkgroup@kmllawgroup.com
              Lynn E Feldman    on behalf of Debtor 2 Daniel Harvey Schwenger feldmanfiling@rcn.com
              Lynn E Feldman    on behalf of Debtor 1 Colleen Marie Schwenger feldmanfiling@rcn.com
              Richard M Squire    on behalf of Creditor    LSF8 Master Participation Trust lcolwell@squirelaw.com,
               coppenheimer@squirelaw.com
              Robert M. Kline    on behalf of Creditor    LSF8 Master Participation Trust rkline@squirelaw.com,
               rmklinelaw@aol.com
              Sarah K. McCaffery    on behalf of Creditor    LSF8 Master Participation Trust
               smccaffery@squirelaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 10

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:14-bk-02184-JJT
Chapter 13

In re: Debtor(s) (including Name and Address)

Colleen Marie Schwenger
500 Strohl Dr
Palmerton PA 18071-3738

Daniel Harvey Schwenger
500 Strohl Dr
Palmerton PA 18071-3738

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/18/2018.

Name and Address of Alleged Transferor(s):

Claim No. 9: LSF8 Master Participation Trust, c/o Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City, Oklahoma 73134

Name and Address of Transferee:

Goldman Sachs Mortgage Company
Serviced by Select Portfolio Servicing,
3217 S. Decker Lake Dr.
Salt Lake City, UT 84115
Goldman Sachs Mortgage Company
Serviced by Select Portfolio Servicing,

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   12/21/18

Terrence S. Miller
**CLERK OF THE COURT**