IN THE UNITED STATES BANKRUPTCY COURT
OF THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DANIEL HARVEY SCHWENGER : 
: Bankruptcy No. 14-02184-RNO
:
Debtor : Chapter 13
:

**DEBTORS CERTIFICATION REGARDING
DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522 (q)**

*If a joint petition is filed, each spouse must complete and file a separate certification.*

*Part I. Certification Regarding Domestic Support Obligations (Check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

XX I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

___ I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

*My current address is:*_____
_____

*My current employer and my employer's
Address:*_____
_____

*Part III. Certification to 11 U.S.C. Section 1328(h), I certify that:*

XX   I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $136,875 in value in the aggregate.

___   I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1) and (2) that exceeds $136,875 in value in the aggregate.

*Part IV   Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Dated:  May 1, 2019                              BY:   */s/     Daniel Harvey Schwenger*
                                                                    *Debtor*