UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: COLLEEN MARIE SCHWENGER : Bankruptcy No.14-02184-rno
:
: Chapter 7
Debtor :

## PRAECIPE

**TO THE CLERK OF THE BANKRUPTCY COURT**:

Kindly change the address for debtor Colleen Marie Schwenger only, to the following:

Colleen Marie Schwenger
404 Ridge Street
Palmerton, PA 18071

Date: September 3, 2019      By: /s/ Lynn E. Feldman, Esquire
                                 Lynn E. Feldman, Esquire
                                 Attorney for Debtor
                                 Attorney ID No.35996
                                 221 N. Cedar Crest Blvd.
                                 Allentown, PA 18104
                                 Phone: (610) 530-9285