In re:  
Colleen Marie Schwenger  
Daniel Harvey Schwenger  
    Debtors

Case No. 14-02184-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: Christoph     Page 1 of 1     Date Rcvd: Nov 27, 2019  
                    Form ID: trc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2019.  
5142451         +Goldman Sachs Mortgage Company,    Serviced by Select Portfolio Servicing,,  
                3217 S. Decker Lake Dr.,    Salt Lake City, UT 84115,    Goldman Sachs Mortgage Company,  
                84119-3284

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2019                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2019 at the address(es) listed below:

        Alexandra Teresa Garcia    on behalf of Creditor    LSF8 Master Participation Trust  
         ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
        Alexandra Teresa Garcia    on behalf of Creditor    U.S. Bank Trust, N.A. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
        Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com  
        James Warmbrodt    on behalf of Creditor    Goldman Sachs Mortgage Company bkgroup@kmllawgroup.com  
        Lynn E Feldman    on behalf of Debtor 2 Daniel Harvey Schwenger feldmanfiling@rcn.com  
        Lynn E Feldman    on behalf of Debtor 1 Colleen Marie Schwenger feldmanfiling@rcn.com  
        Richard M Squire    on behalf of Creditor    LSF8 Master Participation Trust lcolwell@squirelaw.com, coppenheimer@squirelaw.com  
        Robert M. Kline    on behalf of Creditor    LSF8 Master Participation Trust rkline@squirelaw.com, rmklinelaw@aol.com  
        Sarah K. McCaffery    on behalf of Creditor    LSF8 Master Participation Trust smccaffery@squirelaw.com  
        Sindi Mncina    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC. smncina@rascrane.com  
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
                                                                                                     TOTAL: 11

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:14-bk-02184-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Colleen Marie Schwenger
404 Ridge Street
Palmerton PA 18071

Daniel Harvey Schwenger
500 Strohl Dr
Palmerton PA 18071-3738

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/27/2019.

Name and Address of Alleged Transferor(s):

Claim No. 9: Goldman Sachs Mortgage Company, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84115, Goldman Sachs Mortgage Company, Serviced by Select Portfolio Servicing,

Name and Address of Transferee:

Select Portfolio Servicing, Inc. as Servicer
P.O. Box 65250
Salt Lake City UT 84165-0250
Select Portfolio Servicing, Inc. as Serv
P.O. Box 65250
Salt Lake City UT 84165-0250

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   11/29/19

Terrence S. Miller
**CLERK OF THE COURT**