In re:                                                              Case No. 14-02184-RNO
Colleen Marie Schwenger                                             Chapter 13
Daniel Harvey Schwenger
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5            User: Christoph             Page 1 of 2            Date Rcvd: Dec 23, 2019
                                Form ID: 3180W              Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 25, 2019.
```
db         +Colleen Marie Schwenger,    404 Ridge Street,    Palmerton, PA 18071-1811
jdb         Daniel Harvey Schwenger,    500 Strohl Dr,    Palmerton, PA  18071-3738
4487624     Apothakar & Assoc,    520 Fellowship Rd Ste C306,    Mount Laurel, NJ  08054-3410
4487626     Boas Surgical Inc,    3050 Hamilton Blvd,    Allentown, PA  18103-3691
4487627     Caliber Home Loans,    PO Box 24610,    Oklahoma City, OK  73124-0610
4487634     Credit Control,    PO Box 31179,    Tampa, FL  33631-3179
4487635     FMS Inc,    PO Box 707601,    Tulsa, OK  74170-7601
4487623    +Feldman Law Offices PC,    221 N Cedar Crest Blvd,    allentown, PA 18104-4603
5142450    +Goldman Sachs Mortgage Company,    Serviced by Select Portfolio Servicing,,
             3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
5142451    +Goldman Sachs Mortgage Company,    Serviced by Select Portfolio Servicing,,
             3217 S. Decker Lake Dr.,    Salt Lake City, UT 84115,    Goldman Sachs Mortgage Company,
             84119-3284
4487637    #Hayt Hayt & Landau,    123 S Broad St Ste 1660,    Philadelphia, PA  19109-1003
4487638     Health Network Laboratories,    Box 8500, Lockbox 9581,    Philadelphia, PA  19178-8500
4487639    +HomeStar Medical Equipment,    77 S Commerce Way,    Bethlehem, PA 18017-8891
4487640     JC Christensen And Assoc,    PO Box 519,    Sauk Rapids, MN  56379-0519
4919158    +LSF8 Master Participation Trust,    13801 Wireless Way,    Oklahoma City, OK 73134-2500
4487645     MRO,   Medical Records Online, Inc,    PO Box 61507,    King of Prussia, PA  19406-0907
4487643     Merchants & Medical,    Credit Corporation,    6324 Taylor Dr,    Flint, MI  48507-4680
4487647    #Nations Recovery Center,    6491 Peachtree Industrial Blvd,    Atlanta, GA  30360-2100
4487648     North Shore Agency,    9525 Sweet Valley Dr Bldg A,    Valley View, OH  44125-4237
4493937    +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
4487651     Progressive Physician Assoc,    PO Box 4338,    Columbus, GA  31914-0338
4487621    +Schwenger Colleen Marie,    404 Ridge Street,    Palmerton, PA 18071-1811
4487622     Schwenger Daniel Harvey,    500 Strohl Dr,    Palmerton, PA  18071-3738
4487653     St Lukes Physician Group,    Box 4096,    PO Box 8500,    Philadelphia, PA  19178-8500
4487654     St Lukes University Health Network,    801 Ostrum St,    Bethlehem, PA  18015-1000
4487655     St Lukes University Hospital-Bethle,    Lockbox 8187,    Box 8500,    Philadelphia, PA  19178-8500
4487656     Trident Asset Management,    53 Perimeter Cente Easte,    Ste 440,    Atlanta, GA  30346
4487657     United Recovery System,    PO Box 772910,    Houston, TX  77215
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4492777         EDI: AIS.COM Dec 24 2019 00:23:00      American InfoSource LP as agent for,
             Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK  73126-8941
4487625         E-mail/Text: EBN_Greensburg@Receivemorermp.com Dec 23 2019 19:53:18
             Berks Credit & Collection,    PO Box 329,    Temple, PA  19560-0329
4487628         EDI: CAPITALONE.COM Dec 24 2019 00:23:00      Capital One,    PO Box 5155,
             Norcross, GA  30091-5155
4491739         E-mail/Text: ECMBKMail@Caliberhomeloans.com Dec 23 2019 19:53:15      Caliber Home Loans, Inc.,
             13801 Wireless Way,    Oklahoma City OK, 73134-2500
4515721         EDI: CAPITALONE.COM Dec 24 2019 00:23:00      Capital One Bank (USA), N.A.,    PO Box 71083,
             Charlotte, NC  28272-1083
4536518         EDI: BL-BECKET.COM Dec 24 2019 00:23:00      Capital One NA,    c/o Becket and Lee LLP,
             POB 3001,    Malvern PA 19355-0701
4487629         EDI: CHASE.COM Dec 24 2019 00:23:00      Chase/Bank One Card,    800 Brooksedge Blvd,
             Westerville, OH  43081-2822
4487630        +EDI: WFNNB.COM Dec 24 2019 00:23:00      Comenity Bank/Fashion Bug,    PO Box 182273,
             Columbus, OH 43218-2273
4487631         EDI: WFNNB.COM Dec 24 2019 00:23:00      Comety Bank/Avenue,    PO Box 182789,
             Columbus, OH  43218-2789
4487632         EDI: WFNNB.COM Dec 24 2019 00:23:00      Cp/Bon Ton,    PO Box 182789,    Columbus, OH  43218-2789
4487633        +EDI: CCS.COM Dec 24 2019 00:23:00      Credit Collection Services,    2 Wells Ave,
             Newton Center, MA 02459-3246
4487636         EDI: RMSC.COM Dec 24 2019 00:23:00      GE Capital Retail Bank,    Box 965004,
             Orlando, FL  32896-5004
4487641        +E-mail/Text: bncnotices@becket-lee.com Dec 23 2019 19:52:05      Kohls,    PO Box 3115,
             Milwaukee, WI 53201-3115
4533712        +E-mail/Text: ECMBKMail@Caliberhomeloans.com Dec 23 2019 19:53:15
             LSF8 Master Participation Trust,    c/o Caliber Home Loans, Inc.,    13801 Wireless Way,
             Oklahoma City, Oklahoma 73134-2500
4487642         E-mail/PDF: resurgentbknotifications@resurgent.com Dec 23 2019 19:50:35      LVNV Funding,
             15 S Main St,    Greenville, SC  29601-2743
4545967         E-mail/PDF: resurgentbknotifications@resurgent.com Dec 23 2019 19:50:36
             LVNV Funding, LLC its successors and assigns as,    assignee of SpringCastle Finance,
             Funding Trust,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4487644         EDI: MID8.COM Dec 24 2019 00:23:00      Midland Funding LLC,    8875 Aero Dr Ste 200,
             San Diego, CA  92123-2255
4487646         E-mail/Text: Bankruptcies@nragroup.com Dec 23 2019 19:53:14      National Recovery Agency,
             2491 Paxton St,    Harrisburg, PA  17111-1036
4487649         EDI: AGFINANCE.COM Dec 24 2019 00:23:00      OneMain Financial,    6801 Colwell Blvd,
             Irving, TX  75039-3198
```

```
District/off: 0314-5            User: Christoph          Page 2 of 2              Date Rcvd: Dec 23, 2019
                                Form ID: 3180W           Total Noticed: 54
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
4514905         EDI: AGFINANCE.COM Dec 24 2019 00:23:00      OneMain Financial, Inc,    P O Box 6042,
                 Sioux Falls, SD 57117-6042
4487650         EDI: PRA.COM Dec 24 2019 00:23:00      Portfolio Recovery Assoc.,    120 Corporate Blvd,
                 Norfolk, VA  23502-4952
4528412         EDI: PRA.COM Dec 24 2019 00:23:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
4493630         EDI: Q3G.COM Dec 24 2019 00:23:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
4487652         EDI: SEARS.COM Dec 24 2019 00:23:00      Sears/CBNA,    133200 Smith Road,    Cleveland, OH  44130
5275983         E-mail/Text: jennifer.chacon@spservicing.com Dec 23 2019 19:53:16
                 Select Portfolio Servicing, Inc. as Servicer,    P.O. Box  65250,
                 Salt Lake City   UT  84165-0250,    Select Portfolio Servicing, Inc. as Serv,    P.O. Box  65250,
                 Salt Lake City   UT  84165-0250
5275982         E-mail/Text: jennifer.chacon@spservicing.com Dec 23 2019 19:53:16
                 Select Portfolio Servicing, Inc. as Servicer,    P.O. Box  65250,
                 Salt Lake City   UT  84165-0250
                                                                                               TOTAL: 26

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4613867*           Caliber Home Loans, Inc.,    13801 Wireless Way,    Oklahoma City, OK 73134-2500
cr              ##+SELECT PORTFOLIO SERVICING, INC.,    3815 South West Temple,    Salt Lake City, UT 84115-4412
                                                                                    TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 23, 2019 at the address(es) listed below:
```
              Alexandra Teresa Garcia    on behalf of Creditor    LSF8 Master Participation Trust
               ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
              Alexandra Teresa Garcia    on behalf of Creditor    U.S. Bank Trust, N.A. ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor   Goldman Sachs Mortgage Company bkgroup@kmllawgroup.com
              Lynn E Feldman    on behalf of Debtor 2 Daniel Harvey Schwenger feldmanfiling@rcn.com
              Lynn E Feldman    on behalf of Debtor 1 Colleen Marie Schwenger feldmanfiling@rcn.com
              Richard M Squire    on behalf of Creditor    LSF8 Master Participation Trust lcolwell@squirelaw.com,
               coppenheimer@squirelaw.com
              Robert M. Kline    on behalf of Creditor    LSF8 Master Participation Trust rkline@squirelaw.com,
               rmklinelaw@aol.com
              Sarah K. McCaffery    on behalf of Creditor    LSF8 Master Participation Trust
               smccaffery@squirelaw.com
              Sindi  Mncina    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC. smncina@rascrane.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                 TOTAL: 11
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Colleen Marie Schwenger** <br> First Name  Middle Name  Last Name | Social Security number or ITIN **xxx–xx–0194** <br> EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Daniel Harvey Schwenger** <br> First Name  Middle Name  Last Name | Social Security number or ITIN **xxx–xx–1504** <br> EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Middle District of Pennsylvania** | | |
| Case number:  **5:14–bk–02184–RNO** | | |

# Order of Discharge                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Colleen Marie Schwenger                      Daniel Harvey Schwenger

**By the court:**

12/23/19                                       /s/ Robt N. Opel II

Honorable Robert N. Opel, II
United States Bankruptcy Judge

By: ChristopherGambini, Deputy Clerk

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

 ♦ debts that are domestic support obligations;

 ♦ debts for most student loans;

 ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**