```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 14-02184-RNO
Colleen Marie Schwenger                                             Chapter 13
Daniel Harvey Schwenger
        Debtors                   CERTIFICATE OF NOTICE
District/off: 0314-5         User: Christoph              Page 1 of 2         Date Rcvd: Dec 23, 2019
                             Form ID: orclreop            Total Noticed: 54


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 25, 2019.
db            +Colleen Marie Schwenger,    404 Ridge Street,    Palmerton, PA 18071-1811
jdb            Daniel Harvey Schwenger,    500 Strohl Dr,    Palmerton, PA 18071-3738
4487624        Apothakar & Assoc,    520 Fellowship Rd Ste C306,    Mount Laurel, NJ 08054-3410
4487626        Boas Surgical Inc,    3050 Hamilton Blvd,    Allentown, PA 18103-3691
4487627        Caliber Home Loans,    PO Box 24610,    Oklahoma City, OK 73124-0610
4536518        Capital One NA,   c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
4487629        Chase/Bank One Card,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
4487634        Credit Control,    PO Box 31179,    Tampa, FL 33631-3179
4487635        FMS Inc,    PO Box 707601,    Tulsa, OK 74170-7601
4487623       +Feldman Law Offices PC,    221 N Cedar Crest Blvd,    allentown, PA 18104-4603
5142450       +Goldman Sachs Mortgage Company,     Serviced by Select Portfolio Servicing,,
               3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
5142451       +Goldman Sachs Mortgage Company,     Serviced by Select Portfolio Servicing,,
               3217 S. Decker Lake Dr.,    Salt Lake City, UT 84115,    Goldman Sachs Mortgage Company,
               84119-3284
4487637       #Hayt Hayt & Landau,    123 S Broad St Ste 1660,    Philadelphia, PA 19109-1003
4487638        Health Network Laboratories,    Box 8500, Lockbox 9581,    Philadelphia, PA 19178-8500
4487639       +HomeStar Medical Equipment,    77 S Commerce Way,    Bethlehem, PA 18017-8891
4487640        JC Christensen And Assoc,    PO Box 519,    Sauk Rapids, MN 56379-0519
4919158       +LSF8 Master Participation Trust,    13801 Wireless Way,    Oklahoma City, OK 73134-2500
4487645        MRO,   Medical Records Online, Inc,    PO Box 61507,    King of Prussia, PA 19406-0907
4487643        Merchants & Medical,    Credit Corporation,   6324 Taylor Dr,    Flint, MI 48507-4680
4487647       #Nations Recovery Center,    6491 Peachtree Industrial Blvd,    Atlanta, GA 30360-2100
4487648        North Shore Agency,    9525 Sweet Valley Dr Bldg A,    Valley View, OH 44125-4237
4493937       +PNC BANK,   PO BOX 94982,    CLEVELAND, OHIO 44101-4982
4487651        Progressive Physician Assoc,    PO Box 4338,    Columbus, GA 31914-0338
4487621       +Schwenger Colleen Marie,    404 Ridge Street,    Palmerton, PA 18071-1811
4487622        Schwenger Daniel Harvey,    500 Strohl Dr,    Palmerton, PA 18071-3738
4487652        Sears/CBNA,   133200 Smith Road,    Cleveland, OH 44130
4487653        St Lukes Physician Group,    Box 4096,    PO Box 8500,    Philadelphia, PA 19178-8500
4487654        St Lukes University Health Network,    801 Ostrum St,    Bethlehem, PA 18015-1000
4487655        St Lukes University Hospital-Bethle,    Lockbox 8187,    Box 8500,    Philadelphia, PA 19178-8500
4487656        Trident Asset Management,    53 Perimeter Cente Easte, Ste 440,    Atlanta, GA 30346
4487657        United Recovery System,    PO Box 772910,    Houston, TX 77215

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4492777        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 23 2019 20:02:02
                American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                Oklahoma City, OK 73126-8941
4487625        E-mail/Text: EBN_Greensburg@Receivemorermp.com Dec 23 2019 19:53:17
                Berks Credit & Collection,    PO Box 329,    Temple, PA 19560-0329
4487628        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 23 2019 19:49:49     Capital One,
                PO Box 5155,    Norcross, GA 30091-5155
4491739        E-mail/Text: ECMBKMail@Caliberhomeloans.com Dec 23 2019 19:53:14     Caliber Home Loans, Inc.,
                13801 Wireless Way,    Oklahoma City OK, 73134-2500
4515721        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 23 2019 19:49:50
                Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
4487630       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 23 2019 19:52:17     Comenity Bank/Fashion Bug,
                PO Box 182273,    Columbus, OH 43218-2273
4487631        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 23 2019 19:52:18     Comety Bank/Avenue,
                PO Box 182789,    Columbus, OH 43218-2789
4487632        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 23 2019 19:52:18     Cp/Bon Ton,
                PO Box 182789,    Columbus, OH 43218-2789
4487633       +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 23 2019 19:53:08
                Credit Collection Services,    2 Wells Ave,    Newton Center, MA 02459-3246
4487636        E-mail/PDF: gecsedi@recoverycorp.com Dec 23 2019 19:49:40     GE Capital Retail Bank,
                Box 965004,    Orlando, FL 32896-5004
4487641       +E-mail/Text: bncnotices@becket-lee.com Dec 23 2019 19:52:03     Kohls,    PO Box 3115,
                Milwaukee, WI 53201-3115
4533712       +E-mail/Text: ECMBKMail@Caliberhomeloans.com Dec 23 2019 19:53:14
                LSF8 Master Participation Trust,    c/o Caliber Home Loans, Inc.,    13801 Wireless Way,
                Oklahoma City, Oklahoma 73134-2500
4487642        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 23 2019 19:51:22     LVNV Funding,
                15 S Main St,    Greenville, SC 29601-2743
4545967        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 23 2019 19:49:53
                LVNV Funding, LLC its successors and assigns as,    assignee of SpringCastle Finance,
                Funding Trust,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4487644        E-mail/Text: bankruptcydpt@mcmcg.com Dec 23 2019 19:52:40     Midland Funding LLC,
                8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
4487646        E-mail/Text: Bankruptcies@nragroup.com Dec 23 2019 19:53:14     National Recovery Agency,
                2491 Paxton St,    Harrisburg, PA 17111-1036
4487649        E-mail/PDF: cbp@onemainfinancial.com Dec 23 2019 19:49:39     OneMain Financial,
                6801 Colwell Blvd,    Irving, TX 75039-3198
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
4514905         E-mail/PDF: cbp@onemainfinancial.com Dec 23 2019 19:51:04      OneMain Financial, Inc,
                 P O Box 6042,    Sioux Falls, SD 57117-6042
4487650         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 23 2019 20:13:09
                 Portfolio Recovery Assoc.,    120 Corporate Blvd,    Norfolk, VA  23502-4952
4528412         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 23 2019 19:51:17
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
4493630         E-mail/Text: bnc-quantum@quantum3group.com Dec 23 2019 19:52:25
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
5275983         E-mail/Text: jennifer.chacon@spservicing.com Dec 23 2019 19:53:16
                 Select Portfolio Servicing, Inc. as Servicer,    P.O. Box  65250,
                 Salt Lake City  UT  84165-0250,    Select Portfolio Servicing, Inc. as Serv,    P.O. Box  65250,
                 Salt Lake City  UT  84165-0250
5275982         E-mail/Text: jennifer.chacon@spservicing.com Dec 23 2019 19:53:16
                 Select Portfolio Servicing, Inc. as Servicer,    P.O. Box  65250,
                 Salt Lake City  UT  84165-0250
                                                                                                 TOTAL: 23

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4613867*        Caliber Home Loans, Inc.,    13801 Wireless Way,    Oklahoma City, OK 73134-2500
cr             ##+SELECT PORTFOLIO SERVICING, INC.,    3815 South West Temple,    Salt Lake City, UT 84115-4412
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 23, 2019 at the address(es) listed below:
          Alexandra Teresa Garcia    on behalf of Creditor    LSF8 Master Participation Trust
           ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
          Alexandra Teresa Garcia    on behalf of Creditor    U.S. Bank Trust, N.A. ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James   Warmbrodt    on behalf of Creditor    Goldman Sachs Mortgage Company bkgroup@kmllawgroup.com
          Lynn E Feldman    on behalf of Debtor 2 Daniel Harvey Schwenger feldmanfiling@rcn.com
          Lynn E Feldman    on behalf of Debtor 1 Colleen Marie Schwenger feldmanfiling@rcn.com
          Richard M Squire    on behalf of Creditor    LSF8 Master Participation Trust lcolwell@squirelaw.com,
           coppenheimer@squirelaw.com
          Robert M. Kline    on behalf of Creditor    LSF8 Master Participation Trust rkline@squirelaw.com,
           rmklinelaw@aol.com
          Sarah K. McCaffery    on behalf of Creditor    LSF8 Master Participation Trust
           smccaffery@squirelaw.com
          Sindi  Mncina    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC. smncina@rascrane.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                  TOTAL: 11
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Colleen Marie Schwenger,<br>**Debtor 1**<br><br>Daniel Harvey Schwenger,<br>**Debtor 2** | Chapter 13<br><br>Case No. 5:14–bk–02184–RNO |

## Order

And now, whereas an Order has been heretofore entered reopening the above estate, and it further appearing that said reopened estate has been fully administered, it is hereby

**ORDERED** that the above named bankrupt estate be, and it hereby is, closed.

Dated: December 23, 2019

By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: ChristopherGambini, Deputy Clerk

orclreop(05/12)